Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 9 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-18-004 |
| RICARDO CORIA<br>CESARIO SOTO-MARTINEZ | § | |

S E A L E D
INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

From on or about February 1, 2017 to on or about April 6, 2017, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**RICARDO CORIA**
and
**CESARIO SOTO-MARTINEZ,**

did knowingly and intentionally conspire and agree together and with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about April 5, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**RICARDO CORIA**
and
**CESARIO SOTO-MARTINEZ,**

did knowingly and intentionally possess with intent to distribute a quantity more than fifty

(50) grams, that is, approximately 1.86 kilograms (4.09 pounds) of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 5, 2017, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**RICARDO CORIA
and
CESARIO SOTO-MARTINEZ,**

did knowingly and intentionally conspire and agree together and with persons known and unknown to the Grand Jurors to import a controlled substance into the United States of America from a place outside thereof, that is, from the country of Mexico, a quantity more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1).

## COUNT FOUR

On or about April 5, 2017, in the Southern District of Texas, and within the jurisdiction of the Court, Defendants,

**RICARDO CORIA
and
CESARIO SOTO-MARTINEZ,**

did knowingly and intentionally import a controlled substance into the United States of America from a place outside thereof, that is, from the country of Mexico, in that they did import into the United States a quantity more than fifty (50) grams, that is, approximately 1.86 kilograms (4.09 pounds) of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(b)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
Angel Castro
Assistant United States Attorney